```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

| | |
|---|---|
| ERIC EICHEL, Individually and as Personal Representative of the Estate of Randi Eichel <br><br> & <br><br> SHANNAH EICHEL, a minor by and through her father and next friend Eric Eichel <br><br>         Plaintiffs <br><br>    v. <br><br> UNITED STATES OF AMERICA, <br><br>         Defendant | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *  CIVIL ACTION NO. MJG-02-4207 |

```
     *    *    *    *    ***    *    *    *    *
```

## DISCOVERY STATUS REPORT

In accordance with the Court's Scheduling Order, the Defendant, the United States of America, by its attorneys, hereby reports on the status of discovery in the case to date. Specifically, it is submitted that:

1. Discovery in this matter has been substantially completed; the Plaintiff has recently scheduled depositions of the defense experts and is in the process of completing same. The deposition of one of the aforementioned defense experts occurred on December 17, 2003; the other is scheduled for January 13, 2004. If the Court so desires, counsel will file a second report regarding the status of discovery on January 31, 2004.

2. There are no motions pending presently. The United States does not presently intend to file a dispositive pretrial motion.

3. The case will be tried before the Court, with the duration of the trial spanning, from the defense perspective, one week.

4. The parties have not yet discussed settlement of the case. It is the position of the United States that sending the case to another judge of the court for a settlement conference would be premature at this time.

5. The United States does not now mutually consent to having the above-captioned case referred for all purposes to a United States Magistrate Judge for further proceedings.

                        Respectfully submitted,

                        THOMAS M. DIBIAGIO
                        United States Attorney

By: _____
     TARRA DeSHIELDS
     Assistant United States Attorney
     General Bar No. 07749

     Office of the United States Attorney
     6625 United States Courthouse
     101 West Lombard Street
     Baltimore, Maryland  21201
     (410) 209-4800

     Counsel for Defendant

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 17th day of December, 2003, a copy of the foregoing Discovery Status Report was electronically filed and so served upon Karl J. Protil, Jr., Shulman, Rogers, Gandal, Pordy & Ecker, P.A., 11921 Rockville Pike, Third Floor, Rockville, Maryland 20852.

_____
TARRA DeSHIELDS
Assistant United States Attorney