IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC EICHEL Individually and as Personal Representative of the Estate of Randi Eichel, et al.<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA | Civil No. MJG-02-4207 |

## DISCOVERY STATUS REPORT

In accordance with the Court's Scheduling Order, the Plaintiffs, by and through undersigned counsel, hereby reports on the status of discovery in the case to date. Specifically, it is submitted that:

1. Discovery in this matter has been substantially completed; that Plaintiff has recently scheduled depositions of the defense experts and is in the process of completing same. The deposition of one of the aforementioned defense experts occurred on December 17, 20032; the other is scheduled for January 13, 2004. If the Court so desires, counsel will file a second report regarding the status of discovery on January 31, 2004.

2. There are no motions pending presently. The Plaintiffs do not presently intend to file a dispositive pretrial motions

3. The case will be tried before the Court with the duration of the trial spanning, from the plaintiffs' perspective, one week.

4. The parties have not yet discussed settlement of the case. It is the position of the Plaintiffs that sending the case to another judge of the court for a settlement conference would be premature at this time.

5. The Plaintiffs do not now mutually consent to having the above-captioned case referred for all purposes to a United States Magistrate Judge for future proceedings.

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By: _____
Karl J. Protil, Jr. (Bar No.447934)
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
(301) 230-5200

### CERTIFICATE OF SERVICE

I hereby certify that on this  19th  day of December, a copy of the foregoing Discovery Status Report was electronically filed and so served upon::

Tarra De Shields, Assistant United States Attorney
Office of the United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21202-2692

_____
Karl J. Protil, Jr.