IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC EICHEL, Individually and as Personal Representative of the Estate of Randi Eichel, et al. | * * * |
| Plaintiffs | * CIVIL ACTION NO. MJG-02-4207 * * |
| v. | * * |
| UNITED STATES OF AMERICA, | * * |
| Defendant | * |

## JOINT DISCOVERY STATUS REPORT

The parties, by and through undersigned counsel, hereby report on the status of discovery in the present case:

1. Discovery in this matter has been completed since the last Discovery Status Report filed by the parties on December 17, 2003.

2. There are no motions pending at this time. The parties do not presently intend to file any dispositive pretrial motions.

3. The parties have expressed a desire to discuss resolution of this matter and may mutually consent to this matter being referred to a United States Magistrate Judge for a settlement conference.

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

_____
Karl J. Protil, Jr., Bar No. 447934
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
(301) 230-5200

Counsel for Plaintiffs

THOMAS M. DIBIAGIO
United States Attorney

*/s/ Tarra DeShields signed by KJP*
Tarra DeShields, Bar No. 07749
Assistant United States Attorney
Office of the United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21202
(410) 209-4800

Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of February, 2004, one copy of the foregoing Joint Discovery Status Report was electronically filed this date and mailed, postage prepaid, to Tarra DeShields, Assistant United States Attorney, Office of the United States Attorney, 6625 United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21202.

Karl J. Protil, Jr.

58\eichel\jointstatusofdiscovery