IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ERIC EICHEL, Individually and as** | * |
| **Personal Representative of the Estate** | * |
| **of Randi Eichel, et al.** | * |
| | * CIVIL ACTION NO. MJG-02-4207 |
| **Plaintiffs** | * |
| | * |
| v. | * |
| | * |
| UNITED STATES OF AMERICA, | * |
| | * |
| **Defendant** | * |

## JOINT MOTION REQUESTING REFERRAL FOR MEDIATION

The parties, by and through undersigned counsel, hereby file their Motion Requesting Referral for Mediation, and in support thereof state the following:

1. This is a complex medical malpractice action involving numerous issues. Discovery in this matter has been completed.

2. The parties mutually consent to this matter being referred for mediation.

3. Due to the complex nature of the medical issues involved in this case, the parties request that this matter be referred to Magistrate Judge Grimm for mediation.

WHEREFORE, the parties respectfully request:

1. This matter be referred to Magistrate Judge Grimm for mediation; and

2. For such other relief as this Court deems just and fair.

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
    PORDY & ECKER, P.A.


_____
Karl J. Protil, Jr., Bar No. 447934

11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
(301) 230-5200

Counsel for Plaintiffs

THOMAS M. DIBIAGIO
United States Attorney

_____
Tarra DeShields, Bar No. 07749
Assistant United States Attorney
Office of the United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21202
(410) 209-4800

Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February, 2004, one copy of the foregoing Joint Motion Requesting Referral for Mediation was electronically filed this date and mailed, postage prepaid, to Tarra DeShields, Assistant United States Attorney, Office of the United States Attorney, 6625 United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21202.

_____
Karl J. Protil, Jr.

58\eichel\jointmotionrequestingmediation

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC EICHEL, Individually and as Personal Representative of the Estate of Randi Eichel, et al.<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | *<br>*<br>*<br>* CIVIL ACTION NO. MJG-02-4207<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## ORDER

Having read and considered the parties' Joint Motion Requesting Referral for Mediation and there appearing to be good cause, it is this _____ day of _____, 2004, hereby

**ORDERED,** that the parties' Joint Motion Requesting Referral for Mediation be and the same is hereby **GRANTED**; and it is further

**ORDERED,** that this matter be referred to Magistrate Judge Grimm for mediation.

_____
Judge, United States District Court for
the District of Maryland