```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

ERIC EICHEL, Individually and   \*
as Personal Representative of
the Estate of Randi Eichel,     \*
et al.
                                \*
          Plaintiffs
                                \*
     vs.                           CIVIL ACTION NO. MJG-02-4207
                                \*
UNITED STATES OF AMERICA
                                \*
          Defendants
\*      \*      \*      \*      \*      \*      \*      \*


               ORDER OF DISMISSAL DUE TO SETTLEMENT
                      (UNDER LOCAL RULE 111.1)

     The Court has been advised by counsel for the parties

that the above action has been settled, including all

counterclaims, cross-claims and third-party claims, if any.

     Accordingly, pursuant to Rule 111.1 of the Rules of the

United States District Court for the District of Maryland this

action is hereby DISMISSED with each party to bear its own

costs unless otherwise agreed, in which event the costs shall

be adjusted between the parties.  The entry of this Order is

without prejudice to the right of a party to move for good

cause within 30 days of the date of this Order to reopen this

action if settlement is not consummated.  If no such motion is

filed within the aforesaid time the dismissal of this action is with prejudice.

    SO ORDERED, on **Wednesday, 7 April, 2004**.

                                                        /s/

                                         Marvin J. Garbis
                                   United States District Judge